IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

GERARD R. GUNTHERT and ABBY B.          *
GUNTHERT, individually and on behalf of all
those similarly situated,                *

                                                Case No.   5:16-CV-21-MTT

               Plaintiffs,            *

v.                                       *

BANKERS STANDARD INSURANCE              *
COMPANY,                                 *

               Defendant.
_____

## **J U D G M E N T**

Pursuant to this Court's Order dated March 8, 2019, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 8th day of March, 2019.

                         David W. Bunt, Clerk


                         s/ Gail G. Sellers, Deputy Clerk